8:24 cv 985 KKM-AAS

IN THE NAME OF
ETERNAL LORD SCIENTIFIC ALLAH
HONORABLE MARVIN PALMER

P.O. BOX 5001
11125 PARK BLVD.
SEMINOLE, FL, 33772

CIVIL ACTION:
4.16.2024

HON. MARVIN PALMER
VS.
THE CIRCUIT COUNTY COURT, PINELLAS
FLORIDA MISDEMEANOR (1) DIVISION
PINELLAS COUNTY JUSTICE CENTER
14250 49TH ST. NORTH
CLEARWATER, FLORIDA, 33762
CASE NUMBER # 22-13623-MM

CHARGE: MISUSE OF 9.1.1 OR E911 SYSTEM
ONE COUNT, COURTROOM # 18, 3RD FLOOR
VS. JUDICIAL DEPARTMENT
CATHY MCKYTON: JUDGE
IN VIOLATION OF U.S CONSTITUTIONAL RIGHTS
AMENDMENTS 1-ONE, 5TH AMENDMENT,
8TH - CRUEL & UNUSUAL PUNISHMENT AND 14TH

N.P

Amendment, the Right to Life, Liberty and Property.

My U.S. Constitutional Amendment Rights were violated by the two Judicial Officers of the Circuit County Court Pinellas County Misdemeanor Criminal Division, 49th St. North Clearwater, FL, 33762, as an offensive retaliation on the uncivil and unconstitutional racially charged misuse of the legal process, being denied and deprived of access to the court for a unlawful charge of harassment of a purposeful intent matter of cruel and unusual punishment, inside of a court of law on a Black man with a physical disability whom utilizes an assistive devise to amulate to and from. I was illegally charged with an unreasonable misdemeanor due to my skin tone. I was stopped and harassed by members of Pinellas County Sherriff's Department. I went into the court system of the Circuit County Court Pinellas County Criminal Division to prove my innocence when I was assigned to the Pinellas County Sherriff's Department

ASSOCIATES OF THEIR JUDICIAL COURT WHERE BOTH JUDGE CATHY McKYTON WHO ORDERED THEIR SHERRIFF'S DEPT. TO PUT THEIR HANDS ON INSIDE THE COURT ROOM AND FORCED ME OUT OF MY WHEELCHAIR BY GRABBING ME OUT OF MY WHEELCHAIR AND THROWING ME ON THE COURTROOM FLOOR AND ASSAULTING ME AND THEN TAKING ME INTO CUSTODY BRAGGING ABOUT IT. THE PINELLAS COUNTY SHERRIFF'S DEPARTMENT ALREADY ADMITTED THAT THEIR MEMBERS OF THEIR PINELLAS COUNTY DEPARTMENT WAS INVOLVED WITH THE ATTACK ON MY CERVICAL NECK SPINE 3.18.21. USING MY FEMALE COUSIN WHO IS A MUSLIM DAUGHTER WHO WHITE MALE CORRUPTED MEMBERS OF LAW ENFORCEMENT. RACIAL IDEOLIST ARE KNOWN TO USE TO HELP THEM ASSAULT, MURDER AND/OR TO TRY AND ABUSE THEIR AUTHORITY BY TRYING TO FRAME THEM WITH BOGUS CHARGES THEY MISUSE THEIR POSITION OF LAW TO PERPETRATE UNLAWFULLY. THIS IS PERTAINING TO UNOFFICIAL BUSINESS ORGANIZED CRIMINAL CAPACITY THAT HAS MY LIFE IN DANGER AND NO INVESTIGATION

HAS TAKEN PLACE. DUE TO FACT IN ALL SINCERE HONESTY THE CRIMINAL ACTIVITY ON AN ADVANCED ORGANIZED CRIME LEVEL OF ASSAULT, ATTEMPTED MURDER AND IN SUCH A SUBTLE AND SOPHISTOCATED MANNER ARE SOLICITING BUSINESSES TO VIOLATE MY RIGHTS BY THE EMPLOYEES AT THE COUNTER OF THE BUSINESS CALLING MY CRIMINAL, A THREAT, A FAG, A TROUBLE MAKER, AND SAYING THEY ARE ABOUT "CONSEQUENCES" FOR WHAT THEY DO TO BLACK PEOPLE ENGAGED IN BLACK ISLAM AND THAT THEY SHOULD GET OUT OF FLORIDA, OUT OF PINELLAS COUNTY FOR WE ARE NOT WELCOME. WE CAN'T ALLOW THEM TO GET PLACES TO LIVE HERE OR THEY WILL TRY TO RUN THINGS AND TRY TO TAKE OUR WOMEN, SO WE HAVE TO USE HOUSING AUTHORITY EMPLOYMENT TO DENY THEM ESPECIALLY PERSON BLACK AND WITH PHYSICAL DESABILITIES.

THE PINELLAS COUNTY SHERRIFFS DEPT. MEMBERS ARE WORKING WITH A VERY SOPHISTOCATED AND SUBTLE RACIALLY PREJUDICE GROUP OF CAUCASIAN WHITE FEMALES IN THE SEMINOLE / MAINLY LARGO

FLORIDA TO COLLECTIVELY ESTABLISH A HOSTILE DWELLING ENVIRONMENT IN ORDER TO TRAP-SET THE MATTER IN HOPES THAT THE STREET LEVEL AGENTS MAINLY A CAUCASIAN MALE FACTOR WHOM HAS / OR HAS BEEN SUFFERING WITH A CHEMICAL DEPENDENCY ADDICTION IN A ONE ON ONE FIGHT WITH DRUGS OR ALCOHOL AND UNABLE TO SUSTAIN IN A SOBER NATURAL FRAME OF MIND, THE SHERIFF DEPARTMENT MEMBERS AND THE FOUR FORMER GOOSE'S SPORTS BAR GIRLS ARE AMANDA. BRIDGETT, KELLY CRYSTAL, THESE FEMALES WERE UNLAWFUL PROPOSITIONED BY THE OWNERS OF GOOSE'S SPORTS BAR CORRUPTED MEMBERS OF THE PINELLAS COUNTY SHERIFF'S DEPARTMENT AND RICH CAUCASIAN MALE AND FEMALES WHO RESIDED IN THE INDIAN ROCKS BEACH AREA A BRIDGETT TO ENGAGE IN AN ARTIFICIAL INSIMINATE WITH THE SPERM COUNT (SAMPLES) OF HONORABLE MARVIN PALMER (AKA) ETERNAL SCIENTIFIC AWAIT FOR AN UNDENIABLE PAYOUT, WHICH THESE FEMALE FACTORS WERE CALL GIRLS WITH CHEMICAL DEPENDANCIES SO THE OFFERINGS WERE SURELY TO THEIR SATISFACTION. KNOWING THE FACT THAT I WEREN'T IN ANY

COMPROMISING POSITION TO ACCEPT A GROUP OF STALKING STRANGERS WHO PERPETRATED SEVERAL CRIMINAL ACTS AGAINST ME AND THEN HYPOCRITICALLY ON THE PARALLEL ANGLE USE THE LAW ENFORCEMENT PRINCIPLES TO A MERE FRAUDULENT AND DESPERATE ATTEMPT TO JUSTIFY THEMSELVES IN AN ONGOING CORRUPTIONAL ORGANIZED CONSPIRACY, ON A BLACK MAN WITH A PHYSICAL DISABILITY. I FILED SEVERAL COMPLAINTS WITH THE AMERICAN CIVIL LIBERTIES UNION, THE UNITED STATES HEALTH AND HUMAN SERVICES IN WASHINGTON, D.C. AND A.C.L.U. IN NEW YORK.

I AM AN OPEN TARGET SLEEPING IN THE STREETS OF PINELLAS COUNTY, AND I WAS SUBJECTED TO RIDICULE AND HARASSED IN PINELLAS HOPE (TENT CITY) AFTER I WAS TARGETED BY STAFF MEMBERS JEFF AND PEGGY WHO ORCHESTRATED AND MANUFACTURED A HOSTILE DWELLING ENVIRONMENT SO I WOULD CEASE TO EXERCISE MY CULTURAL BELIEFS OF THAT OF THE 5% NATION OF GODS AND EARTHS, THE DIRECTOR JOE IS A RACIST HIMSELF AND DISAPPROVES OF BLACK ISLAM STONEHEARTEDLY.

With the prejudicial input and wrongful unequitable judgement they had no remorse for incorrectly stigmatize me in a bad light and arriving at a conclusion that was unjustified in a matter of reason, and rather slanderous in itself.

Each client is accounted for by staff in the amount of $15,000 per person and this is given to assist with the clients (Homeless) to successfully transition from the Homeless-Shelter Program and Opportunity, and not to assault or mistreat the disable because of ones law-enforcement authority jurisdiction, the which still applies. ADA Compliances Law - The Goose's Sports Bar female factors as well as involving Department of the County Sherriffs of Pinellas negotiated with the Judicial Office of the Court to arrange to have me illegally & violently taken into custody on a misdemeanor solicited where were no owner of the property or management ever claiming that a Blackman in a wheelchair was being destructively

VIOLENT TOWARDS MALL PROPERTY OR ANY VANDALIZING ACTIVITY TO BE ASKED TO LEAVE THE PROPERTY.
I WAS TREATED CRUEL AND UNUSUAL AND THAT I HAVE BEEN ASSAULTED AGGRAVATEDLY BE THESE OFFICIALS AND MEMBERS OF A RACIAL COMMUNITY AND NOTHING IS BEING DONE. THEIR MOTIVE IS TO COVER-UP WHAT HAS BEEN UNLAWFULLY AND ILLEGALLY DONE TO A PHYSICALLY DISABLED BLACKMAN AND THEY ARE CLAIMING THAT NONE OF THEIR FLORIDA LAWS APPLY TO BLACK MEN WHO ARE IN WHEELCHAIRS AND WHOSE BELIEF SYSTEM ARE DIFFERENT THAN FLORIDIAN RESIDENTS BORN AND RAISED.
I AM FILING ADDITIONAL CHARGES OF INVASION OF PRIVACY, DEFAMATION OF CHARACTER, SLANDER ON THE PINELLAS COUNTY SHERRIFF'S DEPARTMENT FOR ALSO SOLICITING LOCAL BUSINESSES TO OPENLY PARTICIPATE IN THE SUBTLE ORGANIZED SLANDER WHICH HAS BEEN OCCURING AT CULVER'S RESTUARANT ON PARK BLVD SEMINOLE ACROSS FROM THE REBEL GAS STATION, BY SEVERAL CAUCASIAN FEMALES

AND A CAUCASIAN WHITE MALE APPROX. 5 FT 11 IN. 215 lbs., BALD HEAD, SKIN-HEAD RACIAL GANG DESCRIPTION AND THE RACIALLY PREJUDICE CAUCASIAN FEMALE APPROX. 5 FT. 9 IN. 235 lbs. CASHIER WHO HAS AN INJURED LEG WITH A BLACK LEG BRACE ON WHILE AT THE REGISTER WHO SITS MOST OF HER SHIFT. AND THE OTHER TWO IS A YOUNG TEENAGE GIRL WHO HAPPENS TO BE A MIX BREED BOTH WHITE/BLACK AND THE LAST ONE IS AN CAUCASIAN WHITE MALE APPROX. 5 FT 7 IN. 192 lbs. WARES A BASEBALL CAP AND PRESCRIPTION GLASSES, MAKING LOUD OBSCENITIES AND INNUENDOES ACROSS THE LOBBY OF THE STORE IN A VERY OFFENSIVE AND UNPROFESSIONAL MANNER. THE PINELLAS COUNTY SHERRIFFS WHO MOST RESIDE IN THE COUNTY VENUE, INFORM THEIR RELATIVES AND FRIENDS TO PUT THE RACIAL WORD OUT ON THE BLACK ISLAM MAN IN THE WHEELCHAIR THE OTHER PLACE IS TARGETS IN THE LARGO MALL THERE ARE RACIST CAUCASIAN EMPLOYEES WHO HAS RESULTED TO NAME CALLING DO TO THEIR HATRED

ON BLACK ISLAM 5%. NATION OF GODS AND EARTHS. MEMBERS FROM THE NEW YORK - NEW JERSEY AREAS. STEAK AND SHAKE COOKS AND OWNERS SON, VERBALLY SLANDER IN A VERY SUBTLE AND SOPHISTOCATED MANNER. MEMBERS OF THE PINELLAS COUNTY SHERRIFFS DEPT. SECRETLY HAS THE FORMER GOOSE'S SPORTS BAR GODS WHO FREQUENTLY ALTERNATE THEIR POSITIONS AND APPEAR AT THE DRIVE-IN WINDOWS OF THESE BUSINESSES AND THIS IS WHAT TAKES PLACE MOMENTS OF MY ARRIVAL THERE. THEY CONFIRM SENDING A GROUP OF LITTLE YOUNG LEARNT RACIALLY PREJUDICE TEENS WHO ARE TOLD WHAT TO DO AND WHAT TO SAY UPON ENTERING INTO THESE LOCAL BUSINESSES LOUDLY AND IGNORANTLY SAVAGE LIKE DESRUPTING THE BUSINESS PRODUCTION OF THE ESTABLISHMENT. CULVERS TARGETS, AND STEAK-N-SHAKE. AND THE LARGO MALL DIRECTLY AT THE BUS STOP DAY AND NIGHT AND RACIAL ACTIVITY AROUND THE CLOCK IS HAPPENING THE SECURITY GAURDS LIVES CAN BE PUT IN JEAPARDY DUE TO THEIR HATRED

TOWARDS ANOTHER. LARGO POLICE DEPARTMENT HAS BEEN INFORMED SEVERAL TIMES AND A MAJOR WAS FILED AND THE PARTIES WHO HAS A MANY PARTICIPATION IN THIS CONSPIRACY SITUATION ARE THOSE ARE INVOLVED IN THE LEGAL SYSTEM OPERATING UNLAWFULLY TO DO ME BODILY HARM, AND CONTINUING BODY HARM. THESE COUNTY OFFICIAL HAS WRONGFULLY INFLUENCING AND INTERFERRING WITH MY MEDICAL CARE TREATMENT WHERE I HAD TO NOTIFY MY INSURANCE COMPANY AUTHORITIES AND MAKE A LEGITIMATE ETHICS COMPLAINT WHICH WILL BE FORWARDED TO THE APPROPRIATE PARTIES / AUTHORITY WITH THE MEDICAL ETHICS COMMITTEE ON THE MATTER. I HAD TO MOST RECENTLY TERMINATE THE MEDICAL SERVICES OF DR. VAMANI MOHAMMED, ERIN BUTLER, DR. MUTAFA DUE TO MY MEDICAL CARE-TREATMENT HAD BEEN COMPROMISED BY THE PINELLAS COUNTY SHERRIFF'S DEPT. DUE TO MEMBERS OF THEIR DEPARTMENT ARE RESPONSIBLE FOR THE CERVICAL SPINAL NECK SAID BY

Sherriff Deputy Eastiy told me to my face and when I came to the Circuit County Court, Judicial Officer of the Vaccaro in Courtroom #17 after making court promises of producing witness out of the Pinellas County Sherriff's Dept, Judge Vaccaro went back on her word that I will get a fair trial. After I communicated to the Court Pinellas County Sherriff Deputy Eastiy's statement she Judge Vaccaro immediately changed how the case had been progressing and decided to protect the interest of the Sherriff's involving the case matter showing the appearance of impropriety.

I addressed the Court violations before the Judicial Qualifications Commission and out of protecting the interest of the Court they claim there were no violations of Judicial Canon Codes until the examination of the Court transcripts, video surveillance footage and audio is confirmed, the case will continue

TO BE TAKEN ON FACE VALUE WHERE THE FACTS IN EVIDENCE REMAIN CONCEALED AT THIS TIME.

SINCERELY IN MY HUMBLE REALM OF TRUTH AND RIGHTEOUSNESS, I MAINTAIN MY INTEGRITY AND SOUND MIND. JESUS DEFENDED HIS SELF WITNESS IN HONOR OF THE FATHER, MEANING ALMIGHTY GOD ALLAH, THE ORIGINAL MAN.

I SOLICIT YOUR ASSISTANCE IN THIS MATTER OF GREAT IMPORTANCE.

TRUTHFULLY CONTAINED

Hon. [signature]

Elena Lora Scientra Allah

4.5.24